**Opinion issued April 13, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-22-00945-CV

_____

**VANESHA TRUESDALE, Appellant**

**V.**

**DAVID TRUESDALE AND US LEGAL SUPPORT, INC., Appellees**

---

**On Appeal from the 310th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-66331A**

---

## MEMORANDUM OPINION

Appellant, Vanesha Truesdale, has filed a motion to dismiss this appeal. More than ten days have elapsed since the filing of the motion, and no party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a). No opinion has issued in this appeal.

Accordingly, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.